# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0199. JUSTIN UDI v. THE STATE.**

Justin Udi filed a motion to seal records after the completion of his first offender sentence. The trial court denied the motion to seal, and Udi filed the instant application.

As a threshold matter, no provision of the discretionary application statute applies to the trial court's order. See OCGA § 5-6-35 (a). An order denying a request to seal records is directly appealable. See *Austin v. State*, 343 Ga. App. 118 (807 SE2d 1) (2017). See also *Hayes v. State*, 355 Ga. App. 213 (843 SE2d 875) (2020). This Court will grant a timely discretionary application if the lower court's ruling is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED. Udi shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/16/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*